IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| TES FRANCHISING, LLC, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| vs. | : | NO. 10-0017 |
| | : | |
| J. ERIC DOMBACH, et al., | : | |
| Defendants, | : | |
| vs. | : | |
| | : | |
| TERRY POWELL, et al., | : | |
| Additional Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 7th day of October, 2010, pursuant to Federal Rule of Civil Procedure 58 and upon consideration of Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 2), Defendants' Memorandum of Law in Opposition to the Motion (Dkt. No. 14), Plaintiffs' Amended Motion for Preliminary Injunction (Dkt. Nos. 24, 74), Plaintiffs' Proposed Findings of Fact and Conclusions of Law (Dkt. No. 27, 33), Defendants' Proposed Findings of Fact and Conclusions of Law (Dkt. No. 28), Defendants' Opposition to Plaintiffs' Amended Motion for Preliminary Injunction and Proposed Findings of Fact and Conclusions of Law (Dkt. No. 29), Plaintiffs' Final Proposed Findings of Fact and Memorandum of Law (Dkt. No. 66) and Defendants' Final Proposed Facts and Conclusions of Law (Dkt. No. 71), and following hearings on March 1, March 2 and May 24, 2010 (Dkt. Nos. 34, 35, 58), and for the reasons stated in the accompanying Memorandum,

**IT IS HEREBY ORDERED** that the Motion for Preliminary Injunction is **DENIED**.

BY THE COURT:


*/s/ Henry S. Perkin*
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE