## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| TES FRANCHISING, LLC, et al., | : | CIVIL ACTION |
| Plaintiffs, | : |  |
|  | : |  |
| vs. | : | NO. 10-0017 |
|  | : |  |
| J. ERIC DOMBACH, et al., | : |  |
| Defendants, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| TERRY POWELL, et al., | : |  |
| Additional Defendants. | : |  |

_____:

### ORDER

**AND NOW**, this   29th    day of November, 2010, upon consideration of the

Motion for Leave to File Third Amended Complaint (Dkt. No. 72) filed on June 28, 2010, the

Memorandum in Opposition to the Motion for Leave (Dkt. No. 72) filed on July 14, 2010, and

for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED** that the Motion for Leave to File a Third Amended Complaint

is **GRANTED**, and Plaintiffs' Third Amended Complaint shall be filed within twenty-one (21)

days of the date of this Order following a meet and confer with Defendants' counsel and any

resulting revisions to the proposed Third Amended Complaint.

BY THE COURT:


*/s/ Henry S. Perkin*
_____
HENRY S. PERKIN
United States Magistrate Judge